IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
APR 20 2017
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| HAL F. HICKS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SERGEY F. BEREZENKO, SERGEY S. BEREZENKO, BRITE LOGISTICS, INC., and JOHN DOES 1 through 10,<br><br>　　　　Defendants. | CV 16–92–M–DLC<br><br>ORDER |

Upon Consideration of the Stipulation for Dismissal filed by the parties,

IT IS ORDERED that the above-entitled action is DISMISSED WITH PREJUDICE, each party to bear their own costs and fees.

DATED this 20th day of April, 2017.

Dana L. Christensen, Chief Judge
United States District Court